(131 So. 909)

### L. G. CASON v. STATE.
#### 7 Div. 979.

Supreme Court of Alabama.
Oct. 16, 1930.

L. H. Ellis, of Columbiana, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

SAYRE, J.

Petition of L. G. Cason for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cason v. State (7 Div. 637) 131 So. 915.

Writ denied.

ANDERSON C. J., and THOMAS and BROWN, JJ., concur.

---

(131 So. 910)

### Angelo CASSIMUS et al. v. H. D. HATH-AWAY.
#### 6 Div. 397.

Supreme Court of Alabama.
April 22, 1930.

PER CURIAM.
Appeal dismissed by appellant.

---

(132 So. 907)

### CITY OF ANNISTON v. Arthur WELLBORN et al., etc.
#### 7 Div. 4.

Supreme Court of Alabama.
Jan. 15, 1931.

PER CURIAM.
Appeal dismissed by appellant.

---

(132 So. 907)

### CLADWELL-SPENCE CO. v. J. J. BENSON, Adm'r, etc.
#### 7 Div. 953.

Supreme Court of Alabama.
Jan. 13, 1931.

PER CURIAM.
Appeal dismissed by appellant.

---

(132 So. 907)

### Mose DANIELS v. STATE.
#### 3 Div. 932.

Supreme Court of Alabama.
Jan. 29, 1931.

Seal Finklestein, of Montgomery, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

GARDNER, J.

The appeal is from a judgment of conviction for the offense of rape, with infliction of the death penalty. There is no bill of exceptions. The appeal is upon the record, in which no error appears.

Let the judgment of the court below be here affirmed.

Affirmed.

All the Justices concur.

---

(131 So. 910)

### D. D. METCALF REALTY CO. v. QUINLAN CONSTRUCTION CO.
#### 6 Div. 371.

Supreme Court of Alabama.
April 22, 1930.

PER CURIAM.
Appeal dismissed by appellant.